MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: scott.lachman@akerman.com

*Attorney for Defendant Nationstar Mortgage LLC d/b/a Mr. Cooper*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRETT PADALECKI, individually, on behalf of himself and other similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER,<br><br>Defendant. | CASE NO. 2:21-cv-0938-RFB-VCF<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Defendant Nationstar Mortgage LLC d/b/a Mr. Cooper, by and through its attorneys of record, Melanie Morgan, Esq. of the law firm of Akerman LLP, and Plaintiff, Brett Padalecki, (Nationstar and Padalecki) are collectively referred to as the "Parties"), hereby submit the following Stipulation:

On May 14, 2021, Plaintiff filed his Complaint [ECF No. 1]. The Summons to Defendant was issued on May 14, 2021 [ECF No. 4]. Defendant has 21 days from when the summons was served, May 20, 2021, in this instance, to file its responsive pleading.

On June 7, 2021, the Court ordered that based on the Parties' stipulation and agreement, the deadline for the Defendant to file a response was extended to July 9, 2021. [ECF No. 7].

///

///

///

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Because Defendant's counsel is still investigating the allegations raised in Plaintiff's Complaint, the Parties have discussed extending the deadline for Defendant to respond to the Complaint by thirty days to July 30, 2021.

WHEREAS, the Parties hereby stipulate and agree to extend the deadline for Defendant to file its responsive pleading to July 30, 2021.

This is the second stipulation for extension of time for Defendant to respond to Plaintiff's Complaint. The extension is requested in good faith and is not for purposes of delay or prejudice to any party.

| | |
|---|---|
| Dated this 28th day of June, 2021. | Dated this 28th day of June, 2021. |
| **AKERMAN LLP** | **FREEDOM LAW FIRM, LLC** |
| */s/ Melanie D. Morgan* | */s/ George Haines* |
| Melanie Morgan, Esq. | George Haines, Esq. |
| Nevada Bar No. 8215 | Nevada Bar No. 9411 |
| Scott R. Lachman, Esq. | 8985 S. Eastern Ave., Suite 350 |
| Nevada Bar No. 12016 | Las Vegas, NV 89123 |
| 1635 Village Center Circle, Suite 200 | |
| Las Vegas, Nevada 89134 | Norberto J. Cisneros, Esq., |
| | NV Bar No. 8782 |
| *Attorneys for Defendant Nationstar Mortgage d/b/a Mr. Cooper* | Barbara M. McDonald, Esq., |
| | NV Bar No. 11651 |
| | **MADDOX & CISNEROS LLP** |
| | 3230 S. Buffalo Drive, Suite 108 Las Vegas, Nevada 89117 |
| | |
| | Michael Kind, Esq. |
| | Nevada Bar No.: 13903 |
| | **KIND LAW** |
| | 8860 South Maryland Parkway, Suite 106 |
| | Las Vegas, Nevada 89123 |
| | |
| | *Attorneys for Plaintiff* |

**IT IS SO ORDERED**

_____
**UNITED STATES MAGISTRATE JUDGE**
6-28-2021
DATE