MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile:  (702) 380-8572
Email: melanie.morgan@akerman.com
Email: scott.lachman@akerman.com

*Attorney for Defendant Nationstar Mortgage LLC d/b/a Mr. Cooper*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BRETT PADALECKI, individually, on behalf of himself and other similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER,<br><br>Defendant. | Case No.  2:21-cv-0938-RFB-VCF<br><br>**STIPULATION TO EXTEND TIME TO RESPOND AND REPLY TO MOTION TO DISMISS** |

Defendant Nationstar Mortgage LLC d/b/a Mr. Cooper and Plaintiff Brett Padalecki (collectively referred to as the "Parties") hereby submit the following Stipulation:

On May 14, 2021, Plaintiff filed his Complaint [ECF No. 1].  On July 30, 2021, Defendant filed a Motion to Dismiss Plaintiff's Complaint [ECF No. 11].  The deadline for Plaintiff to respond to the Motion to Dismiss is August 13, 2021. LR 7-2(b).  The deadline for Defendant to reply to in support of the Motion to Dismiss is seven days after service of Plaintiff's response.  *Id.*   The Parties desire additional time to complete to their forthcoming briefs given the number of issues set forth in the Motion to Dismiss.

WHEREAS, the Parties hereby stipulate and agree to extend the deadline to August 27, 2021 for Plaintiff to either respond to the Motion to Dismiss or file an amended complaint.. The Parties

59518725;1

1  further stipulate and agree to extend the deadline for Defendant to reply in support of the Motion to
2  Dismiss to September 10, 2021.
3        This is the first stipulation for extension of time to respond to and to reply in support of the
4  Motion to Dismiss Plaintiff's Complaint. The extension is requested in good faith and is not for
5  purposes of delay or prejudice to any party.

Dated this 16th day of August, 2021.

**AKERMAN LLP**

*/s/ Melanie D. Morgan*
Melanie Morgan, Esq.
Nevada Bar No. 8215
Scott R. Lachman, Esq.
Nevada Bar No. 12016
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Defendant Nationstar Mortgage d/b/a Mr. Cooper*

Dated this 16th day of August, 2021.

**FREEDOM LAW FIRM, LLC**

*/s/ George Haines*
George Haines, Esq.
Nevada Bar No. 9411
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123

Norberto J. Cisneros, Esq.,
NV Bar No. 8782
Barbara M. McDonald, Esq.,
NV Bar No. 11651
**MADDOX & CISNEROS LLP**
3230 S. Buffalo Drive, Suite 108 Las Vegas, Nevada 89117

Michael Kind, Esq.
Nevada Bar No.: 13903
**KIND LAW**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123

*Attorneys for Plaintiff*

**IT IS SO ORDERED**

_____
RICHARD E. BOULWARE, II
United States District Court
Case No.  2:21-cv-0938-RFB-VCF

DATE  August 16, 2021

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

59518725;1