1  Michael Kind, Esq.
2  Nevada Bar No.: 13903
   8860 South Maryland Parkway, Suite 106
3  Las Vegas, Nevada 89123
   **KIND LAW**
4  (702) 337-2322
   (702) 329-5881 (fax)
5  mk@kindlaw.com
   *Attorney for Plaintiff Brett Padalecki*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRETT PADALECKI, individually, on behalf of himself and other similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER,<br><br>Defendant. | CASE NO. 2:21-cv-0938-RFB-VCF<br><br>**SECOND STIPULATION TO EXTEND TIME TO RESPOND AND REPLY TO MOTION TO DISMISS**<br><br>**(SECOND REQUEST)** |

Defendant Nationstar Mortgage LLC d/b/a Mr. Cooper and Plaintiff Brett Padalecki (collectively referred to as the "Parties") hereby submit the following Stipulation:

On May 14, 2021, Plaintiff filed his Complaint [ECF No. 1]. On July 30, 2021, Defendant filed a Motion to Dismiss Plaintiff's Complaint [ECF No. 11]. The deadline for Plaintiff to respond to the Motion to Dismiss was originally August 13, 2021. LR 7-2(b). The deadline for Defendant to reply to in support of the Motion to Dismiss was seven days after service of Plaintiff's response. *Id.* On August 16, 2021, this Court granted the Parties' first stipulation, extending the deadline to August 27, 2021 for Plaintiff to either respond to the Motion to Dismiss or file an amended complaint. Defendant's reply is now due September 10, 2021.

The Parties still desire additional time to complete to their forthcoming briefs given the number of issues set forth in the Motion to Dismiss. Additionally, as referenced in the pending motion to dismiss, several related putative class action cases are pending throughout the country. Counsel are actively working with counsel in the various jurisdictions to coordinate possible consolidation of the matters.

59706972;1

THEREFORE, the Parties hereby stipulate and agree to extend the deadline to **September 10, 2021** for Plaintiff to either respond to the Motion to Dismiss or file an amended complaint. The Parties further stipulate and agree to extend the deadline for Defendant to reply in support of the Motion to Dismiss to **September 24, 2021**.

This is the second stipulation for extension of time to respond to and to reply in support of the Motion to Dismiss Plaintiff's Complaint. The extension is requested in good faith and is not for purposes of delay or prejudice to any party.

| | |
|---|---|
| Dated this 27th day of August, 2021. | Dated this 27th day of August, 2021. |
| **AKERMAN LLP** | **KIND LAW** |
| */s/ Melanie D. Morgan* <br> Melanie Morgan, Esq. <br> Nevada Bar No. 8215 <br> Scott R. Lachman, Esq. <br> Nevada Bar No. 12016 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 | */s/* <br> Michael Kind, Esq. <br> Nevada Bar No.: 13903 <br> 8860 South Maryland Parkway, Suite 106 <br> Las Vegas, Nevada 89123 |
| *Attorneys for Defendant Nationstar Mortgage d/b/a Mr. Cooper* | *Attorneys for Plaintiff* |

**IT IS SO ORDERED**

_____
RICHARD F. BOULWARE, II
United States District Court

DATED this 30th day of August, 2021.

59706972;1