George Haines, Esq.
Nevada Bar No. 9411
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123
Telephone: (702) 880-5554
Facsimile:  (702) 385-551
ghaines@freedomlegalteam.com
*Attorneys for Plaintiffs Brett Padalecki*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRETT PADALECKI, individually, on behalf of himself and other similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER,<br><br>Defendant. | CASE NO. 2:21-cv-0938-RFB-VCF<br><br>**THIRD STIPULATION TO EXTEND TIME TO RESPOND AND REPLY TO MOTION TO DISMISS**<br><br>**(THIRD REQUEST)** |

Defendant Nationstar Mortgage LLC d/b/a Mr. Cooper and Plaintiff Brett Padalecki (collectively referred to as the "Parties") hereby submit the following Stipulation:

On May 14, 2021, Plaintiff filed his Complaint [ECF No. 1].  On July 30, 2021, Defendant filed a Motion to Dismiss Plaintiff's Complaint [ECF No. 11].  The deadline for Plaintiff to respond to the Motion to Dismiss was originally August 13, 2021.  LR 7-2(b).  The deadline for Defendant to reply to in support of the Motion to Dismiss was seven days after service of Plaintiff's response.  *Id.*  On August 16, 2021, this Court granted the Parties' first stipulation, extending the deadline to August 27, 2021 for Plaintiff to either respond to the Motion to Dismiss or file an amended complaint. Defendant's reply was extended to September 10, 2021.

On August 30, 2021, this Court granted the Parties' second stipulation, extending the deadline to September 10, 2021 for Plaintiff to either respond to the Motion to Dismiss or file an amended complaint. Defendant's reply is now due September 24, 2021.  [ECF No. 16].

The Parties still desire additional time to complete to their forthcoming briefs given the number of issues set forth in the Motion to Dismiss. Additionally, as referenced in the pending motion to dismiss, several related putative class action cases are pending throughout the country. Counsel are still actively working with counsel in the various jurisdictions to coordinate possible consolidation of the matters. Given the number of cases filed in the other various jurisdictions, it has taken more time than anticipated to conduct these discussions.

THEREFORE, the Parties hereby stipulate and agree to extend the deadline to **October 10, 2021** for Plaintiff to either respond to the Motion to Dismiss or file an amended complaint. The Parties further stipulate and agree to extend the deadline for Defendant to reply in support of the Motion to Dismiss to **October 25, 2021**.

This is the third stipulation for extension of time to respond to and to reply in support of the Motion to Dismiss Plaintiff's Complaint. The extension is requested in good faith and is not for purposes of delay or prejudice to any party.

Dated this 10th day of September, 2021.                     Dated this 10th day of September, 2021.

**AKERMAN LLP**                                              **FREEDOM LAW FIRM**

*/s/ Melanie D. Morgan*                                      */s/George Haines*
Melanie Morgan, Esq.                                         George Haines, Esq.
Nevada Bar No. 8215                                          Nevada Bar No. 9411
Scott R. Lachman, Esq.                                       8985 South Eastern Avenue, Suite 350
Nevada Bar No. 12016                                         Las Vegas, Nevada 89123
1635 Village Center Circle, Suite 200                        *Attorneys for Plaintiff*
Las Vegas, Nevada 89134
*Attorneys for Defendant Nationstar Mortgage d/b/a Mr. Cooper*

### IT IS SO ORDERED

_____
RICHARD E. BOULWARE, II
United States District Court

DATE  September 13, 2021.