MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile:  (702) 380-8572
Email: melanie.morgan@akerman.com
Email: scott.lachman@akerman.com

*Attorney for Defendant Nationstar Mortgage LLC
d/b/a Mr. Cooper*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRETT PADALECKI and DIANNE THOMPSON, individually, on behalf of themselves and all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER,; and ACI Worldwide, Inc.,<br><br>Defendant. | Case No. 2:21-cv-0938-RFB-VCF<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT** |

Defendant Nationstar Mortgage LLC and Plaintiffs Brett Padalecki and Dianne Thompson stipulate as follows:

On Friday, October 8, 2021, Plaintiffs filed their First Amended Class Action Complaint [ECF No. 19].  Per Rule 15(a)(3), Nationstar has fourteen (14) days to file its responsive pleading.  Because Nationstar is investigating, and requires additional time to investigate, the new class action allegations raised in Plaintiffs' Amended Complaint, the Parties have agreed to extend the deadline for Nationstar to respond to the Amended Complaint by twenty-eight (28) days to **Friday, November 19, 2021**.

. . .

. . .

. . .

. . .

This is the first stipulation for extension of time for Nationstar to respond to Plaintiff's Amended Complaint. The extension is requested in good faith and is not for purposes of delay or prejudice to any party.

| Dated this 13th day of October, 2021. | Dated this 13th day of October, 2021. |
|---|---|
| **AKERMAN LLP** | |
| /s/ Scott R. Lachman | /s/ George Haines |
| MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>SCOTT R. LACHMAN, ESQ.<br>Nevada Bar No. 12016<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Defendant Nationstar Mortgage d/b/a Mr. Cooper* | GEORGE HAINES, ESQ.<br>Nevada Bar No. 9411<br>FREEDOM LAW FIRM, LLC<br>8985 South Eastern Avenue, Suite 350<br>Las Vegas, Nevada 89123<br><br>NORBERTO J. CISNEROS, ESQ.<br>Nevada Bar No. 8782<br>BARBARA M. MCDONALD, ESQ.<br>Nevada Bar No. 11651<br>MADDOX & CISNEROS LLP<br>3230 South Buffalo Drive, Suite 108<br>Las Vegas, Nevada 89117<br><br>MICHAEL KIND, ESQ.<br>Nevada Bar No.: 13903<br>KIND LAW<br>8860 South Maryland Parkway, Suite 106<br>Las Vegas, Nevada 89123<br><br>*Attorneys for Plaintiffs Brett Padalecki and Dianne Thompson* |

**ORDER**

**IT IS SO ORDERED.**



RICHARD E. BOULWARE, II
United States District Court

DATED this 21st day of October, 2021.