Norberto J. Cisneros, Esq., NV Bar No. 8782
Barbara M. McDonald, Esq., NV Bar No. 11651
**MADDOX & CISNEROS LLP**
3230 S. Buffalo Drive, Suite 108
Las Vegas, Nevada 89117
Telephone: (702) 366-1900
Facsimile:  (702) 366-1999

Michael Kind, Esq.
Nevada Bar No.: 13903
**KIND LAW**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
Telephone: (702) 337-2322
Facsimile:  (702) 329-5881
mk@kindlaw.com

George Haines, Esq.
Nevada Bar No. 9411
**FREEDOM LAW FIRM, LLC**
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123
Telephone: (702) 880-5554
Facsimile:  (702) 385-551
georgehaines@freedomlegalteam.com

*Attorneys for Plaintiffs Brett Padalecki and Dianne Thompson*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRETT PADALECKI, individually, on behalf of himself and other similarly situated<br><br><div style="text-align:center">Plaintiff,</div><br>vs.<br><br>NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER,<br><div style="text-align:center">Defendant.</div> | CASE NO. 2:21-cv-0938-RFB-VCF<br><br><br>**FIRST STIPULATION TO EXTEND TIME TO RESPOND AND REPLY TO MOTION TO DISMISS** |

Defendant Nationstar Mortgage LLC d/b/a Mr. Cooper and Plaintiff Brett Padalecki (collectively referred to as the "Parties") hereby submit the following Stipulation:

On October 8, 2021, Plaintiff filed his First Amended Class Action Complaint [ECF No. 19]. On November 19, 2021, Defendant filed a Motion to Dismiss Plaintiff's First Amended Complaint [ECF No. 22]. The deadline for Plaintiff to respond to the Motion to Dismiss is currently set for December 3, 2021.  LR 7-2(b). The deadline for Defendant to reply to in support of the Motion to Dismiss was seven days after service of Plaintiff's response.  *Id.*

The Parties desire additional time to complete to their forthcoming briefs given the number of issues set forth in the Motion to Dismiss. Additionally, several related putative class action cases are pending throughout the country. Counsel are still actively working with counsel in the various jurisdictions to coordinate possible consolidation of the matters.  Given the number of cases filed in the other various jurisdictions, it has taken more time than anticipated to conduct these discussions.

THEREFORE, the Parties hereby stipulate and agree to extend the deadline to **January 3, 2022,** for Plaintiff to respond to the Motion to Dismiss.  The Parties further stipulate and agree to extend the deadline for Defendant to reply in support of the Motion to Dismiss to **January 24, 2022**.

This is the first stipulation for extension of time to respond to and to reply in support of the Motion to Dismiss Plaintiff's First Amended Complaint. The extension is requested in good faith and is not for purposes of delay or prejudice to any party.

///
///
///
///
///
///

Dated this 30th day of November, 2021.

**AKERMAN LLP**

/s/ Scott R. Lachman
Melanie Morgan, Esq.
Nevada Bar No. 8215
Scott R. Lachman, Esq.
Nevada Bar No. 12016
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
*Attorneys for Defendant Nationstar Mortgage d/b/a Mr. Cooper*

Dated this 30th day of November, 2021.

**MADDOX & CISNEROS LLP**

/s/Norberto J. Cisneros
Norberto J. Cisneros, Esq.
Nevada Bar No. 8782
3230 S. Buffalo Drive, Suite 108
Las Vegas, Nevada 89117
*Attorneys for Plaintiff*

**IT IS SO ORDERED**

RICHARD E. BOULWARE, II
**United States District Court**

DATED this 1st day of December, 2021.