Norberto J. Cisneros, Esq., NV Bar No. 8782
Barbara M. McDonald, Esq., NV Bar No. 11651
**MADDOX & CISNEROS LLP**
3230 S. Buffalo Drive, Suite 108
Las Vegas, Nevada 89117
Telephone: (702) 366-1900
Facsimile:  (702) 366-1999

Michael Kind, Esq.
Nevada Bar No.: 13903
**KIND LAW**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
Telephone: (702) 337-2322
Facsimile:  (702) 329-5881
mk@kindlaw.com

George Haines, Esq.
Nevada Bar No. 9411
**FREEDOM LAW FIRM, LLC**
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123
Telephone: (702) 880-5554
Facsimile:  (702) 385-551
georgehaines@freedomlegalteam.com

*Attorneys for Plaintiffs Brett Padalecki and Dianne Thompson*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRETT PADALECKI, individually, on behalf of himself and other similarly situated | CASE NO. 2:21-cv-0938-RFB-VCF |
| Plaintiff, | **SECOND STIPULATION TO EXTEND TIME TO RESPOND AND REPLY TO MOTION TO DISMISS** |
| vs. | |
| NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER, | |
| Defendant. | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Defendant Nationstar Mortgage LLC d/b/a Mr. Cooper and Plaintiff Brett Padalecki (collectively referred to as the "Parties") hereby submit the following Stipulation:

On October 8, 2021, Plaintiff filed his First Amended Class Action Complaint [ECF No. 19]. On November 19, 2021, Defendant filed a Motion to Dismiss Plaintiff's First Amended Complaint [ECF No. 22]. The Court then approved Parties stipulation to extend the deadline for Plaintiff to respond to the Motion to Dismiss to January 3, 2022 and Defendant's deadline to file a reply to January 24, 2022. [ECF No. 24].

The Parties have agreed to mediate this matter before the Honorable Jay c. Gandhi on January 31, 2022. Thus, in order to save the Court's and Parties' resources, the Parties have agreed to an open-ended extension of the deadline for Plaintiff to respond to the Motion to Dismiss and Defendant to file its reply. The Parties will report back to the Court within one week of the mediation to advise the Court on the status of the case and, if necessary, to reset the current deadlines.

THEREFORE, the Parties hereby stipulate and agree to extend the deadline for Plaintiff to respond to the Motion to Dismiss and to extend the deadline for Defendant to reply in support of the Motion to Dismiss. The Parties will report back to the Court within one week of the mediation to advise the Court on the status of the case and, if necessary, to reset the current deadlines.

////
////
////
////

This is the second stipulation for extension of time to respond to and to reply in support of the Motion to Dismiss Plaintiff's First Amended Complaint. The extension is requested in good faith and is not for purposes of delay or prejudice to any party.

Dated this 24th day of December, 2021.        Dated this 24th day of December, 2021.

**AKERMAN LLP**                                **FREEDOM LAW FIRM**

*/s/ Scott Lachman*                            */s/George Haines*
Scott Lachman, Esq.                            George Haines, Esq.
Nevada Bar No. 12016                           Nevada Bar No. 9411
1635 Village Center Circle, Suite 200          8985 South Eastern Avenue, Suite 350
Las Vegas, Nevada 89134                        Las Vegas, Nevada 89123
*Attorneys for Defendant Nationstar*           *Attorneys for Plaintiff*
*Mortgage d/b/a Mr. Cooper*

**IT IS SO ORDERED**

**UNITED STATES DISTRICT JUDGE**

DATE___December 27, 2021_____