**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| BRETT PADALECKI and DIANNE THOMPSON, individually, on behalf of themselves and all other similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER,; and ACI Worldwide, Inc.,<br><br>Defendant(s). | 2:21-cv-00938-RFB-VCF<br><br>**ORDER** |

Before the Court is *Brett Padalecki, et al., v. Nationstar Mortgage LLC, et al.*, case number 2:21-cv-00938-RFB-VCF.

A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

Accordingly,

IT IS HEREBY ORDERED that the parties must a proposed discovery plan and scheduling order on or before January 10, 2022.

DATED this 27th day of December, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE