John A. Vogt
Nevada Bar No. 14777
**JONES DAY**
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Telephone: +1.949.851.3939
Facsimile:  +1.949.533.7539
javogt@jonesday.com
*Attorney for Defendant ACI Worldwide Inc.*

Aaron D. Lancaster
Nevada Bar No. 10115
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
8985 S. Eastern Ave., Suite 200
Las Vegas, NV 89123
Telephone: (470) 832-5586
Facsimile: (404) 962-6800
*Attorney for Defendant Nationstar Mortgage LLC*

George Haines, Esq.
Nevada Bar No. 9411
**FREEDOM LAW FIRM, LLC**
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 385-551
georgehaines@freedomlegalteam.com
*Attorney for Plaintiffs Brett Padalecki and Dianne Thompson*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Brett Padalecki and Dianne Thompson, on Behalf of Themselves and Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC and ACI WORLDWIDE Inc.,<br><br>Defendants. | Case Number<br><br>2:21-cv-0938-RFB-VCF<br><br>**JOINT STATUS REPORT AND REQUEST FOR FURTHER STAY**<br><br>**(Second Request)** |

Defendants Defendant Nationstar Mortgage, LLC ("Nationstar"), ACI Worldwide Inc. ("ACI") and Plaintiffs Brett Padalecki and Dianne Thompson ("Plaintiffs") (collectively, the "Parties"), by and through their duly authorized undersigned counsel, submit this Joint Status Report pursuant to the Court's order. In support of this Joint Status Report, the Parties state as follows:

On January 21, 2022, the Court granted the Parties' joint motion to stay this action pending global mediation of several class actions until February 7, 2022, at which time the Court ordered the Parties to submit a joint status report to the Court. (*See* ECF Doc. 40.).

On January 31, 2022, the Parties participated in their first global mediation session before the Hon. Jay Gandhi (Ret.). The Parties made substantial progress toward resolution and have mutually agreed to continue settlement discussions over the next three weeks.

In light of these continued discussions, the Parties request the Court maintain the current stay of this action. The Parties are filing the same joint status report in the other pending related class actions.

The Parties further agree to file another joint status report with the Court by **February 28, 2022**, to advise the Court on the status of settlement discussions and, if necessary, to request a reset of deadlines.

The Parties expressly reserve all defenses, including based on lack of personal jurisdiction, as to all claims that have been or might be later asserted in this action.

THEREFORE, The Parties hereby request the Court maintain the current stay of this action. The Parties will report back to the Court by **February 28,**

**2022** on the status of the case and, if necessary, to reset the current deadlines.

Dated:  February 2, 2022         JONES DAY

                                 By: */s/ John Vogt*
                                        John A. Vogt

                                 Attorneys for Defendant
                                 ACI WORLDWIDE INC.

Dated:  February 2, 2022         JONES DAY

                                 By: */s/Aaron D. Lancaster*
                                        Aaron D. Lancaster

                                 Attorneys for Defendant
                                 NATIONSTAR MORTGAGE LLC.

Dated:  February 2, 2022         FREEDOM LAW FIRM

                                 By:/s/*George Haines*
                                        George Haines

                                 Attorneys for Plaintiffs


                                 **IT IS SO ORDERED**


                                 _____

                                 **UNITED STATES MAGISTRATE JUDGE**


                                        2-15-2022
                                 **DATED**  _____