John A. Vogt
Nevada Bar No. 14777
**JONES DAY**
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Telephone: +1.949.851.3939
Facsimile:  +1.949.533.7539
javogt@jonesday.com
*Attorney for Defendant ACI Worldwide Inc.*

Brody R. Wight
Nevada Bar No. 13615
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
8985 S. Eastern Ave., Suite 200
Las Vegas, NV 89123
Telephone: (470) 832-5562
Facsimile: (404) 962-6800
*Attorney for Defendant Nationstar Mortgage LLC*

George Haines, Esq.
Nevada Bar No. 9411
**FREEDOM LAW FIRM, LLC**
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 385-551
georgehaines@freedomlegalteam.com
*Attorney for Plaintiffs Brett Padalecki and Dianne Thompson*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Brett Padalecki and Dianne Thompson, on Behalf of Themselves and Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC and ACI WORLDWIDE Inc.,<br><br>Defendants. | Case Number<br><br>2:21-cv-0938-RFB-VCF<br><br>**JOINT STATUS REPORT AND MOTION TO EXTEND STAY**<br><br>**(Ninth Request)** |

Defendants Nationstar Mortgage LLC ("Nationstar"), ACI Worldwide Inc. ("ACI") and Plaintiffs Brett Padalecki and Dianne Thompson ("Plaintiffs") (collectively, the "Parties"), by and through their duly authorized undersigned counsel, submit this Joint Status Report pursuant to the Court's order. In support of this Joint Status Report, the Parties state as follows:

On February 15, 2022, the Court granted the Parties' joint motion to extend the stay in this case until February 28, 2022 and ordered the Parties to advise the court on the status of the case at that time.  (*See* ECF Doc. 42.).

On March 1, 2022, the Parties filed a Joint Status Report seeking to extend the stay of the case until March 21, 2022. (*See* ECF Doc. 43).

On March 21, 2022 the Parties filed a Joint Status Report seeking to extend the stay of the case until March 28, 2022. (*See* ECF Doc. 44).

On March 29, 2022 the Parties filed a joint motion seeking to extend the stay of the case until April 4, 2022. (*See* ECF Doc. 48).

On April 5, 2022 the Parties filed a joint motion seeking to extend the stay of the case until April 7, 2022.  (*See* ECF Doc. 50).

On April 7, 2022 the Parties filed a joint motion seeking to extend the stay of the case until April 15, 2022.  (*See* ECF Doc. 51).

On April 20, 2022 the Parties filed a joint motion seeking to extend the stay of the case until April 29, 2022.  (*See* ECF Doc. 54).

On April 29, 2022 the Parties filed a joint motion seeking to extend the stay of the case until May 13, 2022.  (*See* ECF Doc. 55).

The Parties are drafting the settlement agreement and request that stay remains in place.  The Parties further agree to file another joint status report with

the Court by **May 27, 2022**, to advise the Court on the status of settlement discussions and, if necessary, to request a reset of deadlines.

The Parties expressly reserve all defenses, including based on lack of personal jurisdiction, as to all claims that have been or might be later asserted in this action.

THEREFORE, The Parties hereby request the Court maintain the current stay of this action. The Parties will report back to the Court by **May 27, 2022** on the status of the case and, if necessary, to reset the current deadlines.

Dated: May 13, 2022   JONES DAY

By: */s/ John A. Vogt*
       John A. Vogt

Attorneys for Defendant
ACI WORLDWIDE INC.

Dated: May 13, 2022   TROUTMAN PEPPER

By: /s/Brody R. Wight
       Brody R. Wight

Attorneys for Defendant
NATIONSTAR MORTGAGE LLC.

## IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 16th day of May, 2022.

- 3 -

| | |
|---|---|
| Dated: May 13, 2022 | FREEDOM LAW FIRM |
| | By: */s/George Haines* |
| |     George Haines |
| | Attorneys for Plaintiffs |

**IT IS SO ORDERED**

_____

**UNITED STATES MAGISTRATE JUDGE**

**DATED** _____