George Haines, Esq.
Nevada Bar No. 9411
**FREEDOM LAW FIRM, LLC**
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 385-551
georgehaines@freedomlegalteam.com
*Attorney for Plaintiffs Brett Padalecki and*
*Dianne Thompson*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Brett Padalecki and Dianne Thompson, on Behalf of Themselves and Others Similarly Situated, | Case Number |
| | 2:21-cv-0938-RFB-VCF |
| Plaintiffs, | |
| v. | |
| NATIONSTAR MORTGAGE LLC and ACI WORLDWIDE Inc., | **NOTICE OF SETTLEMENT** |
| Defendants. | |

Plaintiffs Brett Padalecki and Dianne Thompson ("Plaintiffs"), by and through their duly authorized undersigned counsel, hereby notify the Court that the parties have reached an agreement in principle to settle the litigated claims in this case as to the Plaintiffs and proposed classes, and they have signed a memorandum of understanding.

Based on the foregoing, the Parties respectfully request that all deadlines stay suspended pending the completion of the formal settlement agreement which should be finalized and signed on or before June 22, 2022.

1

2

3    Dated:  June 8, 2022          FREEDOM LAW FIRM

4

5                                  By: */s/ George Haines*
                                      George Haines
6
                                      Attorney for Plaintiffs
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28